# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are **not** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 15-16280

District Court/Agency Case Number(s): 3:07-cv-05634-CRB

District Court/Agency Location: N.D. California, San Francisco

Case Name: Donald Wortman, et al.    v.    Societe Air France, et al.

If District Court, docket entry number(s) of order(s) appealed from: Dkt. 1009, 1013, 1016, 1018, 1019, 1021, and 1023

Name of party/parties submitting this form: Amy Yang

## Please briefly describe the dispute that gave rise to this lawsuit.

Putative class action alleging that defendant airlines fixed prices for air travel between the United States and Asia/Oceania.

## Briefly describe the result below and the main issues on appeal.

Plaintiffs and eight of the defendants settled a putative class action for a total of approximately $39.5 million. Yang objected to five of the eight settlements and appeals the legality of a pro rata distribution of settlement funds where class members with claims of vastly different value were not adequately represented and settlement class definitions that deprived class members of their Rule 23 rights by failing to provide a definite end date.

## Describe any proceedings remaining below or any related proceedings in other tribunals.

Plaintiffs have not settled with five defendants remaining in the action.

Provide any other thoughts you would like to bring to the attention of the mediator.

This case is not appropriate for mediation.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature | s/ Anna St. John

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for | Amy Yang

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

| Party | Counsel | |
|---|---|---|
| All Plaintiffs - Appellees | Joseph W. Cotchett<br>Adam John Zapala<br>Elizabeth Tran<br>Steven Noel Williams<br>Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Phone: 650-697-6000<br>Fax: 650-697-0577<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>etran@cpmlegal.com<br>swilliams@cpmlegal.com<br><br>Michael P. Lehmann<br>Christopher L. Lebsock<br>Hausfeld LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Phone: 415-633-1908<br>Fax: 415-358-4980<br>clehmann@hausfeldllp.com<br>clebsock@hausfeldllp.com | Michael D. Hausfeld<br>Seth R. Gassman<br>Hausfeld LLP<br>1700 K Street NW<br>Suite 650<br>Washington, DC 20006<br>Phone: 202-540-7200<br>Fax: 202-540-7201<br>mhausfeld@hausfeldllp.com<br>sgassman@hausfeldllp.com |
| Amy Yang<br><br>Objector-Appellant, | Theodore H. Frank<br>Anna St. John<br>Center for Class Action Fairness<br>1718 M Street NW<br>No. 236<br>Washington, DC 20036<br>Phone: 703-203-3849<br>tfrank@gmail.com<br>annastjohn@gmail.com | |

| Japan Airlines International, Defendant - Appellee | William Karas<br>Kenneth P. Ewing<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Phone: 202-429-3000<br>Fax: 202−429-3902<br>wkaras@steptoe.com<br>kewing@steptoe.com | |
|---|---|---|
| Malaysia Airline System Berhad, Defendant - Appellee | David Andrew Senior<br>Ann-Kathryn Rose Tria<br>Matthew Weston<br>McBreen & Senior<br>1900 Avenue of the Stars<br>Eleventh Floor<br>Los Angeles, CA 90067<br>Phone: 310-552-5300<br>Fax: 310-552-1205<br>dsenior@mcbreensenior.com<br>atria@mcbreensenior.com<br>mweston@mcbreensenior.com | Douglas H. Flaum<br>Shahzeb Lari<br>Paul Hastings LLP<br>75 East 55th Street<br>New York, NY 10022<br>Phone: 212-318-6259<br>Fax: 212-230-7759<br>shahzeblari@paulhastings.com<br>douglasflaum@paulhastings.com |
| Singapore Airlines, Defendant - Appellee | William R. Sherman<br>Charles R. Price<br>Jason D. Cruise<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W.<br>Washington, DC 20004<br>Phone: 202-637-2200<br>Fax: 202−637−2201<br>william.sherman@lw.com<br>randy.price@lw.com<br>Jason.cruise@lw.com | Ashley Marie Bauer<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Phone: 415-395-8138<br>Fax: 415-395-8095<br>ashley.bauer@lw.com |

| | | |
|---|---|---|
| Air France,<br><br>     Defendant - Appellee | James Robert Warnot, Jr.<br>Thomas A. McGrath<br>Brenda DiLuigi<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Phone: 212-903-9000<br>Fax: 212-903-9100<br>james.warnot@linklaters.com<br>thomas.mcgrath@linklaters.com<br>brenda.diluigi@linklaters.com | |
| Vietnam Airlines,<br><br>     Defendant - Appellee | Robert B. Hawk<br>Hogan Lovells US LLP<br>4085 Campbell Ave, Suite 100<br>Menlo Park, CA 94025<br>Phone: 650-463-4000<br>Fax: 650-463-4199<br>robert.hawk@hoganlovells.com<br><br>J. Christopher Mitchell<br>Hogan Lovells US LLP<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Phone: 650-463-4013<br>Fax: 650-463-4199<br>chris.mitchell@hoganlovells.com | Megan Dixon<br>Benjamin Todd Diggs<br>Hogan Lovells US LLP<br>3 Embarcadero Center, 15th Floor<br>San Francisco, CA 94111<br>Phone: 415-374-2301<br>Fax: 415-374-2499<br>megan.dixon@hoganlovells.com<br>benjamin.diggs@hoganlovells.com |

**CERTIFICATE OF SERVICE**

I, Anna St. John, declare that I am over the age of eighteen and not a party to the entitled action. I am an attorney with the Center for Class Action Fairness, and my office address is 1718 M Street NW, No. 236, Washington, DC 20036.

On July 2, 2015, I caused to be served a true and correct copy of the following:

1)      **MEDIATION QUESTIONNAIRE**

2)      **CERTIFICATE OF SERVICE**

with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 2, 2015, in New Orleans, LA.

*/s/ Anna St. John*

Anna St. John